it had knowledge or which could have been reasonably ascertained, and that it was advised by counsel and acted on that advice, we adopt Judge Hunter's opinion, 338 F.Supp. 680, D.C., as the opinion of this Court.

Affirmed.

Alice Neilson STEPHENS et al., Plaintiffs-Appellants,

v.

BROWN & ROOT, INC., Defendant-Appellee.

No. 71–3097.

United States Court of Appeals, Fifth Circuit.

Feb. 24, 1972.

Thomas James PIPER, Jr., Petitioner-Appellant,

v.

W. B. (Bill) HAUCK, Sheriff, Bexar County, et al., Respondents-Appellees.

No. 72–1591.

United States Court of Appeals, Fifth Circuit.

March 28, 1972.

William E. Skye, Alexandria, La., for plaintiffs-appellants.

Richard B. Sadler, Jr., Alexandria, La., William A. Brown, Houston, Tex., Provosty & Sadler, Alexandria, La., Powell, Brown & Maverick, Houston, Tex., for defendant-appellee.

Before BELL, DYER and CLARK, Circuit Judges.

PER CURIAM:

In this malicious prosecution action the plaintiffs challenge the entry of summary judgment against them in the district court.

Finding ourselves in full agreement with the lower court's determination that there were no issues of fact that Brown & Root communicated to its counsel all the facts bearing on the case of which

Thomas J. Piper, Jr., pro se.

Crawford C. Martin, Atty. Gen. of Texas, Law Enforcement Division, Ted Butler, Criminal Dist. Atty., San Antonio, Tex., for respondents-appellees.

Before JOHN R. BROWN, Chief Judge, and GOLDBFRG and MORGAN, Circuit Judges.

BY THE COURT:

It is ordered that leave to appeal in forma pauperis is hereby granted.

It is further ordered that the order of the District Court dismissing the appellant's complaint is hereby vacated and the cause remanded for reconsideration in light of the Supreme Court's decision in Haines v. Kerner, 1972, 404 U.S. 519, 92 S.Ct. 594, 30 L.Ed.2d 652.